UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Iconic Talent LLC,

                      Plaintiff,

         -v-

The Burlington Insurance Company et al,

                     Defendants.

20-CV-4240 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendants were served on June 11, 2020 and June 23, 2020.  (Dkt. Nos. 13-14.)

However, no response to the complaint has been filed in the allotted time.

    Accordingly, if Defendants fails to answer or otherwise respond to the complaint on or before July 29, 2020, they may be considered in default.

    SO ORDERED.

Dated: July 15, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge